IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GRAND LAKE PUBLIC WORKS AUTHORITY, an Oklahoma public trust,<br><br>    Plaintiff,<br><br>v.<br><br>TRI-STATE ENGINEERING, INC. and BRANCO ENTERPRISES, INC.,<br><br>    Defendants. | Case No. 03-CV-772-EA(J) |

## STIPULATON OF DISMISSAL WITH PREJUDICE

The parties stipulate that this action can be dismissed with prejudice, as the parties have settled this matter with each party agreeing to bear its own attorneys' fees and costs.

Respectfully submitted,

_[signature]_
David L. Crutchfield
103 E. Central, Suite 100
Miami, OK 74354
ATTORNEY FOR GRAND LAKE PUBLIC WORKS AUTHORITY

Robert L. Magrini
Brigid F. Kennedy
Hayes, Magrini & Gatewood
1220 N. Walker
P.O. Box 60140
Oklahoma City, OK 73146
ATTORNEYS FOR BRANCO ENTERPRISES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

GRAND LAKE PUBLIC WORKS )
AUTHORITY, an Oklahoma public trust, )
)
)
Plaintiff, )
)
v. ) Case No. 03-CV-772-EA(J)
)
TRI-STATE ENGINEERING, INC. )
and BRANCO ENTERPRISES, INC., )
)
)
Defendants. )

## STIPULATON OF DISMISSAL WITH PREJUDICE

The parties stipulate that this action can be dismissed with prejudice, as the parties have settled this matter with each party agreeing to bear its own attorneys' fees and costs.

Respectfully submitted,

David L. Crutchfield
103 E. Central, Suite 100
Miami, OK 74354
ATTORNEY FOR GRAND LAKE PUBLIC WORKS AUTHORITY

Robert L. Magrini
Brigid F. Kennedy
Hayes, Magrini & Gatewood
1220 N. Walker
P.O. Box 60140
Oklahoma City, OK 73146
ATTORNEYS FOR BRANCO ENTERPRISES, INC.

*[signature]*

Bradley K. Donnell
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
ATTORNEYS FOR TRI-STATE
ENGINEERING, INC.

1687983_1.DOC